UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

|  |  |
|---|---|
| MID-CONTINENT CASUALTY COMPANY,<br><br>             Plaintiff,<br><br>vs.<br><br>COPPER RIDGE WEST, INC.<br>*formerly known as* OAKLAND HOME BUILDERS CORPORATION,<br><br>             Defendant. | CV-20-07-BLG-SPW-TJC<br><br><br>ORDER |

Consent to the jurisdiction of a United States Magistrate Judge having been either withheld or met with objection,

IT IS HEREBY ORDERED:

1.      The case remains assigned to the Honorable Susan P. Watters, United States District Judge, for all further proceedings and entry of judgment.

2.      Pursuant to 28 U.S.C. §636(b)(1)(B), the case is referred to the Honorable Timothy J. Cavan, United States Magistrate Judge, who will conduct all necessary hearings and submit to the undersigned proposed findings of fact and recommendations for the disposition of all motions excepted from the Magistrate

Judge's jurisdiction by 28 U.S.C. §636(b)(1)(A).

3.     The Clerk of Court is directed to forthwith notify the parties of the making of this Order.

DATED this 11th day of June, 2020.

SUSAN P. WATTERS
United States District Judge