# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| MID-CONTINENT CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>COPPER RIDGE WEST, INC. f/k/a OAKLAND HOME BUILDERS CORPORATION,<br><br>Defendant. | CV 20-07-BLG-SPW-TJC<br><br>ORDER |

Upon Plaintiff, Mid-Continent Casualty Company's Unopposed Motion for Dismissal without Prejudice (Doc. 19), and for good cause appearing,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITHOUT PREJUDICE** to the rights of all parties, with each party to bear their own costs and attorney's fees.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 9th day of February, 2021.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1